UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWAYNE ANTHONY SCOTT

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 15-404-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 27, 2017, to which no objection was filed:

**IT IS ORDERED** that the decision of the Commissioner is REVERSED and this case be REMANDED to the Commissioner for further proceedings consistent with this opinion pursuant to sentence four of 42 U.S.C. § 405(g).[1]

Signed in Baton Rouge, Louisiana, on March 13, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] *See, Hawkes v. Colvin*, 2014 WL 129341, at *1, *6 (S.D. Ga. Jan. 14, 2014) ("[P]ursuant to sentence four of 42 U.S.C. § 405(g), the Acting Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Acting Commissioner for further consideration in accordance with the Court's opinion."); *Volk v. Astrue*, 2012 WL 4466480, at *6 (M.D. Fla. Sept. 27, 2012) (same); *Hill v. Astrue*, 2011 WL 679940, at *1, *11 (M.D. Fla. Feb. 16, 2011) ("The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) because the ALJ failed to properly evaluate Claimant's RSD in compliance with SSR 03-2p and, therefore, the decision is not supported by substantial evidence."); *Bernstein v. Astrue*, 2010 WL 746491, at *1 (M.D. Fla. Mar. 3, 2010) (reversing the Commissioner's decision and remanding the matter to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) to evaluate plaintiff's RSD in accordance with SSR 03-2p).