UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWAYNE ANTHONY SCOTT

VERSUS

DR. KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 15-404-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 25, 2021 (Doc. 45), to which no objection was filed,

**IT IS ORDERED** that the Motion to Enlarge Time For Filing Attorney Fees Under § 406(b),(Doc. 35) filed by Plaintiff Dwayne Anthony Scott, is GRANTED.

**IT IS FURTHER ORDERED** that the Motion and Amended Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b),42 in which Plaintiff's counsel seeks an award of attorney's fees for her successful representation of Plaintiff Dwayne Anthony Scott, is GRANTED IN PART, and that Plaintiff's counsel be AWARDED $21,019 in attorneys' fees under 42 U.S.C. § 406(b)(1)(A).

**IT IS FURTHER ORDERED** that Plaintiff's counsel is ordered to REIMBURSE to Plaintiff Dwayne Anthony Scott the $7,380 in fees previously awarded pursuant to the Equal Access to Justice Act and that, within seven days of her receipt of the § 406(b) fees awarded, Plaintiff's counsel is ordered to file a Notice of Compliance with the Court, certifying that she

has reimbursed Plaintiff Dwayne Anthony Scott.

    Signed in Baton Rouge, Louisiana, on September 9, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**